NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRILLIANT INSTRUMENTS, INC.,**
*Plaintiff-Appellee,*

v.

**GUIDETECH, LLC,**
*Defendant-Appellant.*

---

2012-1018

---

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-5517, Judge Claudia Wilken.

---

## ON MOTION

---

## ORDER

Guidetech, LLC moves to withdraw Theodore T. Herhold and Robert J. Artuz, as of counsel, and to substitute Einav Cohen as counsel of record.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

DEC 0 7 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Mark S. Davies, Esq.
Theodore T. Herhold, Esq.
Robert J. Artuz, Esq.
Einav Cohen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 7 2011

JAN HORBALY
CLERK